STATE OF NEW JERSEY v. CHARLES THOMAS MURRAY.
STATE OF NEW JERSEY v. ROBERT LEITE.

October 25, 1977. Petition for certification denied. (See 151 *N. J. Super.* 300)

BOROUGH OF KENILWORTH v. DEPARTMENT OF TRANS-
PORTATION, STATE OF NEW JERSEY.

October 25, 1977. Petition for certification denied. (See 151 *N. J. Super.* 322)

STATE OF NEW JERSEY v. HARRY ROBINSON.

October 25, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ALFRED BETTS.

October 25, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE ANCH.

October 25, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND OWENS.

October 25, 1977. Petition for certification denied.